# **<u>EXHIBIT 1</u>**

# BEYER PROJECTS

**Contract between BEYER Projects and John Baldessari, 2013**

BEYER Projects will fabricate and sell a project entitled: *Camel (Albino) Contemplating Needle (Large).*

Approximate dimensions of the camel are 107 x 32 x 106 inches and the needle has dimensions of 126 x 5 x 5 inches. The camel will be cast in carbon fiber epoxy composite with a stainless steel supporting armature. It will be covered in acrylic and painted with a matte white finish. The needle is mirror-polished aluminum. *Camel (Albino) Contemplating Needle (Large)* will be produced in an edition of 3. Additionally, there will be three artist's proofs, one will be the property of John Baldessari, the second will belong to BEYER Projects, and the third will be for sale.

BEYER Projects and Baldessari will split the profits from the sale of the edition of 3 sculptures and one proof 50/50 after production costs have been paid. BEYER will be responsible for the initial payment of these production costs, to include research, design, fabrication, shipping, and storage. We will amortize the production costs so that cost per individual piece will be known.

We expect the cost of production to be approximately $65,000 for each of the 6 sculptures. Target sale price will be $600,000. All advertising and administrative costs are the responsibility of BEYER and are not included in production costs.

*5ß, (VG)* - ONE OF THE SIX SCULPTURES IS AN EXHIBITION COPY

---

_Viajen Batelle_ 2/20/18     _[signature]_ 2/20/2018

John Baldessari        Date          Steven Beyer          Date

Agent

307 WEST 21ST ST, STE 4
NEW YORK, NY 10011
T 917 957 4124
BEYERPROJECTS.COM

**1-A**

# BEYER PROJECTS

**Contract between BEYER Projects and John Baldessari, 2007**

BEYER Projects will fabricate and sell a project entitled: *Beethoven's Trumpet (with Ear).*

Approximate dimensions of each sculpture are 73 x 72 x 105 inches.  The ear and the trumpet will be carved in high-density foam and covered with high-impact resin.  The finish of the ear will be matte white, while the trumpet will be coated in liquid bronze.  All electronics and wall-hanging devices will be included with each sculpture, as well as segments of Beethoven's Late String Quartets recorded onto a playback unit.  It will be produced in an edition of 6.  Additionally, there will be three proofs, one of which will be the property of John Baldessari, the second proof will belong to BEYER Projects, and the third proof will be sold.

BEYER Projects and Baldessari will split the profits from the sale of the edition of 6 sculptures and one proof 50/50 after production costs have been paid.  BEYER will be responsible for the initial payment of these production costs, to include research, design, fabrication, shipping, and storage.  We will amortize the production costs so that cost per individual piece will be known.

We expect the cost of production to be approximately $50,000 for each of the 9 sculptures.  Target sale price will be $300,000.  All advertising and administrative costs are the responsibility of BEYER and are not included in production costs.

John Baldessari    Date      3/5/18
As Agent

Steven Beyer    Date      2/20/2018

307 WEST 21ST ST, STE 4
NEW YORK, NY 10011
T 917 957 4124
BEYERPROJECTS.COM

**1-B**

# BEYER PROJECTS

**Contract between BEYER Projects and John Baldessari, 2009**

BEYER Projects will fabricate and sell a project entitled: *Ear Sofa and Nose Sconces*.

Approximate dimensions of each ear sofa are 54 x 108 x 54 inches and each nose sconce has dimensions of 36 x 18 x 18 inches. The sofa and sconces will be carved in high-density foam and rotocast in polyurethane. The interior has wood supports and the sculptures will be covered with high-impact resin, memory foam and matte white synthetic rubber. *Ear Sofa and Nose Sconces* will be produced in an edition of 6. Additionally, there will be two proofs, one of which will be the property of John Baldessari, while the second proof will belong to BEYER Projects.

BEYER Projects and Baldessari will split the profits from the sale of the edition of 6 sculptures 50/50 after production costs have been paid. BEYER will be responsible for the initial payment of these production costs, to include research, design, fabrication, shipping, and storage. We will amortize the production costs so that cost per individual piece will be known.

We expect the cost of production to be approximately $40,000 for each of the 8 sculptures. Target sale price will be $250,000. All advertising and administrative costs are the responsibility of BEYER and are not included in production costs.

John Baldessari    3/20/18       Steven Beyer    2/20/2018
John Baldessari     Date            Steven Beyer      Date
As Agent

307 WEST 21ST ST, STE 4
NEW YORK, NY 10011
T 917.957 4184
BEYERPROJECTS.COM

**1-C**

BEYER PROJECTS

**Contract between BEYER Projects and John Baldessari, 2009**

BEYER Projects will fabricate and sell a project entitled: *Brain/Cloud (Two Views): with Palm Tree and Seascape.*

Approximate dimensions of the sculpture are 111 ½ x 159 ½ x 54 inches.  The brain cloud will be carved in high-density foam and covered with high-impact resin and painted flat white.  The brain cloud will be fabricated in five sections, with an aluminum frame mounted behind the piece for hanging.  The installation will also include a video camera, projector and inkjet prints on vinyl.  It will be produced as a single unique sculpture.

BEYER Projects and Baldessari will split the profits from the sale of the installation 50/50 after production costs have been paid.  BEYER will be responsible for the initial payment of these production costs, to include research, design, fabrication, shipping, and storage.  We expect the cost of production to be approximately $95,000.  Target sale price will be $1,200,000.  All advertising and administrative costs are the responsibility of BEYER and are not included in production costs.

*5B.* (VG) THE WORK EXISTS IN TWO ITERATIONS: WITH AND WITHOUT A VIDEO ELEMENT

John Baldessari                    Date          Steven Beyer              2/20/2018  Date
Agent

30" WEST 21ST ST, STE 4
NEW YORK, NY 10011
T 917 957 4184
BEYERPROJECTS.COM

**1-D**

# BEYER PROJECTS

**Contract between BEYER Projects and John Baldessari, 2015**

BEYER Projects will fabricate and sell a project entitled: *Water on the Brain.*

Approximate dimensions of each sculpture are 28 7/8 x 22 5/8 x 12 3/8 inches.  The sculpture will be fabricated from polyurethane, wood and paint.  *Water on the Brain* will be produced in an edition of 6. Additionally, there will be two proofs, one of which will be the property of John Baldessari, while the second proof will belong to BEYER Projects.

BEYER Projects and Baldessari will split the profits from the sale of the edition of 6 sculptures 50/50 after production costs have been paid.  BEYER will be responsible for the initial payment of these production costs, to include research, design, fabrication, shipping, and storage.  We will amortize the production costs so that cost per individual piece will be known.

We expect the cost of production to be approximately $12,000 for each of the 8 sculptures.  Target sale price will be $60,000.  All advertising and administrative costs are the responsibility of BEYER and are not included in production costs.

John Baldessari    3/5/18
AS Agent      Date

Steven Beyer    2/20/2018
Date

307 WEST 21ST ST, STE 4
NEW YORK, NY 10011
T 917.957.4124
BEYERPROJECTS.COM

**1-E**

# BEYER PROJECTS

**Contract between BEYER Projects and John Baldessari, 2016**

BEYER Projects will fabricate and sell a project entitled: *Fake Carrot.*

Approximate dimensions of the sculpture are 96 x 36 x 24 inches. The carrot will be cast in polyurethane with steel supports and a painted surface. Painted epoxy resin leaves will be attached along with stainless steel rope and mounting devices. *Fake Carrot* will be produced in an edition of 6. Additionally, there will be ~~two~~ proofs, one of which will be the property of John Baldessari, while the second proof will belong to BEYER Projects.

*SB. VGB*

BEYER Projects and Baldessari will split the profits from the sale of the edition of 6 sculptures 50/50 after production costs have been paid. BEYER will be responsible for the initial payment of these production costs, to include research, design, fabrication, shipping, and storage. We will amortize the production costs so that cost per individual piece will be known.

We expect the cost of production to be approximately $48,000 for each of the 8 sculptures. Target sale price will be $300,000. All advertising and administrative costs are the responsibility of BEYER and are not included in production costs.

*SB. VGB  THERE ARE THREE ARTIST PROOFS: AP, AP 1/2, AP 2/2*

John Baldessari   Date 3/5/18
As Agent

Steven Beyer   Date 2/20/2018

307 WEST 21ST ST, STE 4
NEW YORK, NY 10011
T 917 952 4124
BEYERPROJECTS.COM

**1-F**

# BEYER PROJECTS

**Contract between BEYER Projects and John Baldessari, 2017**

BEYER Projects will fabricate and sell a project entitled: *Lead Cloud.*

Approximate dimensions of each sculpture are 16 ½ x 22 x 5 inches. The sculpture will consist of a painted lead panel with an aluminum core. It will be mounted with stainless steel hardware, including a wall cleat, a ceiling hook and a pulley system. *Lead Cloud* will be produced in an edition of 25. Additionally, there will be six proofs, three of which will be the property of John Baldessari, while the other three proofs will belong to BEYER Projects.

BEYER Projects and Baldessari will split the profits from the sale of the edition of 25 sculptures 50/50 after production costs have been paid. BEYER will be responsible for the initial payment of these production costs, to include research, design, fabrication, shipping, and storage. We will amortize the production costs so that cost per individual piece will be known.

We expect the cost of production to be approximately $10,000 for each of the 31 sculptures. Target sale price will be $40,000. All advertising and administrative costs are the responsibility of BEYER and are not included in production costs.

John Baldessari     Date         3/5/18

AB Agent

Steven Beyer     Date         2/20/2018

307 WEST 21ST ST. STE 4
NEW YORK, NY 10011
T 917 957 4124
BEYERPROJECTS.COM

**1-G**

BEYER PROJECTS

**Contract between BEYER Projects and John Baldessari, 2018**

BEYER Projects will fabricate and sell a project based on a standing emperor penguin as self-portrait. The project is yet to be titled.

Approximate dimensions of each sculpture are 79 x 32 x 28 inches. The sculpture will consist of a standing emperor penguin cast from carbon fiber epoxy composite with a stainless steel armature and painted surface. It will be produced in an edition of 3. Additionally, there will be two proofs, one of which will be the property of John Baldessari, while the other will belong to BEYER Projects.

BEYER Projects and Baldessari will split the profits from the sale of the edition of 3 sculptures 50/50 after production costs have been paid. BEYER will be responsible for the initial payment of these production costs, to include research, design, fabrication, shipping, and storage. We will amortize the production costs so that cost per individual piece will be known.

We expect the cost of production to be approximately $45,000 for each of the 5 sculptures. Target sale price will be $500,000. All advertising and administrative costs are the responsibility of BEYER and are not included in production costs.

2/20/2018

_____          _____
John Baldessari          Date          Steven Beyer          Date

307 WEST 21ST ST, STE 4
NEW YORK, NY 10011
T 917 957 4124
BEYERPROJECTS.COM

**1-H**

BEYER PROJECTS

**Contract between BEYER Projects and John Baldessari, 2018**

BEYER Projects will fabricate and sell a project entitled: *Giacometti with Barrel.*

Approximate dimensions of each sculpture are 186 x 42 x 42 inches. The sculpture will consist of an attentuated figure made from bronze, resin and stainless steel and a barrel made from painted resin. *Giacometti with Barrel* will be produced in an edition of 3. Additionally, there will be two proofs, one of which will be the property of John Baldessari, while the other will belong to BEYER Projects.

BEYER Projects and Baldessari will split the profits from the sale of the edition of 3 sculptures 50/50 after production costs have been paid. BEYER will be responsible for the initial payment of these production costs, to include research, design, fabrication, shipping, and storage. We will amortize the production costs so that cost per individual piece will be known.

We expect the cost of production to be approximately $65,000 for each of the 5 sculptures. Target sale price will be $600,000. All advertising and administrative costs are the responsibility of BEYER and are not included in production costs.

| | |
|---|---|
| _____ 3/5/18 | _____ 2/20/2018 |
| John Baldessari       Date | Steven Beyer       Date |
| AS Agent | |

301 WEST 21ST ST, STE 4
NEW YORK, NY 10011
T 917 957 4124
BEYERPROJECTS.COM

**1-I**

BEYER PROJECTS

**Contract between BEYER Projects and John Baldessari, 2019**

BEYER Projects will fabricate and sell a project based on a pineapple as self-portrait, entitled *Pineapple*.

Dimensions of each sculpture are 79 x 38 x 28 inches. The sculpture will consist of a pineapple cast from carbon fiber epoxy composite with a stainless steel armature and painted surface. It will be produced in an edition of 3. Additionally, there will be two proofs, one of which will be the property of John Baldessari, while the other will belong to BEYER Projects.

BEYER Projects and Baldessari will split the profits from the sale of the edition of 3 sculptures 50/50 after production costs have been paid. BEYER will be responsible for the initial payment of these production costs, to include research, design, fabrication, shipping, and storage. We will amortize the production costs so that cost per individual piece will be known.

We expect the cost of production to be approximately $45,000 for each of the 5 sculptures. Target sale price will be $500,000. All advertising and administrative costs are the responsibility of BEYER and are not included in production costs.

_____        _____   6-30-2019
John Baldessari         Date        Steven Beyer              Date

307 WEST 21ST ST, STE 4
NEW YORK, NY 10011
T 917.957.4124
BEYERPROJECTS.COM

1-J

# BEYER PROJECTS

**Contract between BEYER Projects and John Baldessari, 2011**

BEYER Projects will fabricate and sell a project entitled: *Brain Fountain.*

Approximate dimensions of each brain are 15 x 22 x 16 feet, with the surrounding picket fence of variable dimensions. The installation will consist of a large brain, which is also a functioning fountain. A white picket fence will surround the brain. *Brain Fountain* will be a unique sculpture. Production requirements will be determined when a location has been finalized, as site-specific details will need to be taken into account.

BEYER Projects and Baldessari will split the profits from the sale of the installation 50/50 after production costs have been paid. BEYER will be responsible for the initial payment of these production costs, to include research, design, fabrication, shipping, and storage. Fabrication will only begin when an installation location is determined.

We expect the cost of production to be approximately $1,500,000. Target sale price will be $3,500,000. All advertising and administrative costs are the responsibility of BEYER and are not included in production costs.

(VB) - AS OF THIS DATE, BRAIN FOUNTAIN (2011) HAS NOT BEEN PRODUCED

(YB) - NO ARTIST PROOFS WILL BE PRODUCED

John Baldessari                    Date

Agent        2/20/18

Steven Beyer        2/20/2018        Date

307 WEST 21ST ST, STE 4
NEW YORK, NY 10011
T 917 957 4124
BEYERPROJECTS.COM

**1-K**