UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                       :

BEYER LLC d/b/a BEYER PROJECTS,      :

        Plaintiff-Counterclaim Defendant,  :

                                     :           23-CV-3819 (VSB)

              -against-                    :

                                     :       **ORDER AND NOTICE OF**

ANNAMARIE BALDESSARI,               :        **INITIAL CONFERENCE**
INDIVIDUALLY AND AS TRUSTEE OF  :
THE JOHN BALDESSARI TRUST-1991 (as  :
restated and amended); and ANTONIO  :
BALDESSARI, INDIVIDUALLY AND AS  :
TRUSTEE OF THE JOHN BALDESSARI  :
TRUST-1991 (as restated and amended),  :
                                     :

        Defendants-Counterclaim Plaintiffs.:
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       This case has been assigned to me for all purposes. It is hereby:

       ORDERED that the Court will not be holding an initial pretrial conference.

       IT IS FURTHER ORDERED that, by July 21, 2023, the parties submit a joint letter, not to exceed three (3) pages, providing the following information in separate paragraphs:

1. A brief description of the nature of the action and the principal defenses thereto;

2. A brief explanation of why jurisdiction and venue lie in this Court. If any party is a corporation, the letter shall state both the place of incorporation and the principal place of business. If any party is a partnership, limited partnership, limited liability company or trust, the letter shall state the citizenship of each of the entity's members, shareholders, partners and/or trustees;

3. A brief description of all contemplated and/or outstanding motions;

4. A brief description of any discovery that has already taken place, and/or that which will be necessary for the parties to engage in meaningful settlement negotiations;

5. A brief description of prior settlement discussions (without disclosing the parties' offers or settlement positions) and the prospect of settlement;

6. The estimated length of trial; and

7. Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.

IT IS FURTHER ORDERED that the parties also jointly submit to the Court a proposed case management plan and scheduling order. A template for the order is available at http://nysd.uscourts.gov/judge/Broderick. The status letter and the proposed case management plan should be filed electronically on ECF, consistent with Section 13.1 of the Court's Electronic Case Filing (ECF) Rules & Instructions, available at https://nysd.uscourts.gov/rules/ecf-related-instructions.

SO ORDERED.

Dated: July 5, 2023
New York, New York

*Vernon Broderick* (signature)
Vernon S. Broderick
United States District Judge