

430 Park Avenue, 10th Floor, New York, New York 10022-3505
t: +1 212 848 9800
f: +1 212 848 9888
www.withersworldwide.com

July 20, 2023

**By ECF**

Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**APPLICATION GRANTED
SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.** 07/21/2023

Defendants' existing motion to dismiss (Docs. 7-9) is
hereby moot without prejudice to refile a new motion to
dismiss. Defendants' deadline to file a new motion to
dismiss and/or answer is extended until August 23, 2023.
SO ORDERED.

> **Re:** **Beyer LLC d/b/a Beyer Projects v. Annamarie Baldessari as Trustee of the John
> Baldessari Trust-1991 et al., 1:23-cv-3819-VSB**

Dear Judge Broderick:

We represent Defendants-Counterclaim Plaintiffs Annamarie Baldessari as trustee of the John
Baldessari Trust-1991 and Antonio Baldessari as trustee, of the John Baldessari Trust-1991, and
Counterclaim Plaintiff The John Baldessari Trust-1991, in the above-referenced action.

Pursuant to the Court's Order dated July 18, 2023 (ECF Dkt. No. 19), Defendants-Counterclaim
Plaintiffs write to advise that, in light of Plaintiff-Counterclaim Defendant's filing of an amended complaint
(ECF Dkt. No. 21), Defendants-Counterclaim Plaintiffs wish for their existing motion to dismiss (ECF Dkt.
Nos. 7-9) to be deemed moot without prejudice to refile a new motion to dismiss.

Relatedly, Defendants-Counterclaim Plaintiffs write to request an extension of the deadline within
which to file a new motion to dismiss and/or answer the amended complaint from July 31, 2023 until August
23, 2023. Plaintiff-Counterclaim Defendant has indicated it will not oppose this extension request.

Under Federal Rule of Civil Procedure 15(a)(3), "any required response to an amended pleading
must be made within the time remaining to respond to the original pleading or within 14 days after service
of the amended pleading, whichever is later." Here, because the time within which to respond to the original
pleading has run, Defendants-Counterclaim Plaintiffs' new motion to dismiss and/or answer would be due
14 days from the date of service of the amended complaint, or July 31, 2023. However, Defendants-
Counterclaim Plaintiffs' counsel has several preexisting obligations that would preclude meeting that
deadline. Due to those commitments, which include various medical appointments and medical procedures,

direct: +1 212 848 9815
fax: +1 212 824 4215
e-mail: dean.nicyper@withersworldwide.com
admitted in New York

Withersworldwide
London  Cambridge  Geneva  Milan  Padua
Hong Kong  Singapore  Tokyo  British Virgin Islands
New York  Boston  Greenwich  New Haven
San Francisco  Los Angeles  San Diego  Texas

Honorable Vernon S. Broderick
July 20, 2023

Defendants-Counterclaim Plaintiffs request an extension until August 23, 2023, which would enable counsel to adequately prepare its motion to dismiss and/or answer in response to the amended complaint.

Respectfully submitted,

Dean R. Nicy  er

cc: Counsel of Record (via ECF)