UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

BEYER LLC,

                     **Plaintiff,**                               23-CV-03819 (VSB)(SN)

        -against-                                    **ORDER**

ANNAMARIE BALDESSARI, et al.,

                     **Defendants.**

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      On Monday, July 24, 2023, the Honorable Vernon S. Broderick assigned this matter to my docket for settlement. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences. As soon as practicable, the parties are directed to contact Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov, to schedule a settlement conference for a time when they believe it would be productive.

**SO ORDERED.**

                                                                  _____
                                                                  SARAH NETBURN
                                                                  United States Magistrate Judge

DATED:       July 26, 2023
                 New York, New York